# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT PADUCAH

**CHRISTIAN RUNYON**                                                                                        **PLAINTIFF**

**v.**                                                              **CIVIL ACTION NO. 5:15-CV-P87-GNS**

**KEN CLAUD et al.**                                                                                       **DEFENDANTS**

### MEMORANDUM OPINION

By Order entered May 26, 2015, the Court ordered Plaintiff to complete a 42 U.S.C. § 1983 complaint form and either pay the filing fee or submit a prisoner application to proceed without prepayment of fees within 30 days. The Court warned Plaintiff that failure to comply with the Order within the 30-day period would result in dismissal of the action.

More than 30 days have passed, and Plaintiff has failed to comply with the Court's Order. Courts have an inherent power "acting on their own initiative, to clear their calendars of cases that have remained dormant because of the inaction or dilatoriness of the parties seeking relief." *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630 (1962). Therefore, by separate Order, the Court will dismiss the instant action. *See* FED. R. CIV. P. 41(b) (governing involuntary dismissal).

Date: July 8, 2015

                                                            **Greg N. Stivers, Judge**
                                                           **United States District Court**

cc:     Plaintiff, *pro se*
4416.009